**Dismissed and Memorandum Opinion filed July 7, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00397-CV

_____

## HAVEN CHAPEL UNITED METHODIST CHURCH, Appellant

### V.

## WILLIAM MICHAEL LEEBRON II, E.J. KING AND BRAZORIA COUNTY COMMISSIONER'S COURT, Appellees

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 62845A**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed March 30, 2015. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On May 27, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

On May 15, 2015, appellees filed a motion to dismiss for want of jurisdiction in which they argue the judgment is not final because it does not dispose of all parties and all claims. Because appellant has failed to file a clerk's record in this appeal, we cannot determine whether the judgment is final. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205–06 (Tex. 2001) ("To determine whether an order disposes of all pending claims and parties, it may of course be necessary for the appellate court to look to the record in the case").

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed. Appellee's motion to dismiss is denied as moot.


PER CURIAM


Panel consists of Justices Christopher, Brown, and Wise.